United States District Court
Southern District of Texas
**ENTERED**
October 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANDRES ALONSO CERVANTES-MARTINEZ., | § § § |
| Petitioner, | § § |
| VS. | § § § |
| | CIVIL ACTION NO. 1:25-CV-236 |
| WARDEN FOR THE PORT ISABEL DETENTION CENTER; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA JO BONDI, U.S. Attorney General, | § § § § § § § § § |
| Respondents. | § |

## ORDER

On October 22, 2025, the Court issued a Temporary Restraining Order (Doc. 10), in which it required Respondents to file a response to the Motion for a Preliminary Injunction by no later than November 4, 2025. The Court has scheduled a hearing on the Motion for a Preliminary Injunction for November 4, 2025. To facilitate consideration of the response before the hearing, it is:

**ORDERED** that by no later than November 3, 2025, Respondents shall file a response to Petitioner's Motion for a Preliminary Injunction.

This Order does not affect any other provision of the Temporary Restraining Order (Doc. 10).

Signed on October 24, 2025.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge