Case 1:25-cv-00236   Document 15   Filed 11/18/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANDRES ALONSO CERVANTES-MARTINEZ., | § § § |
| Petitioner, | § § |
| VS. | § § CIVIL ACTION NO. 1:25-CV-236 § |
| WARDEN FOR THE PORT ISABEL DETENTION CENTER; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA JO BONDI, U.S. Attorney General, | § § § § § § § § |
| Respondents. | § § |

## TEMPORARY RESTRAINING ORDER

On November 5, 2025, the Court issued a Temporary Restraining Order (Doc. 14) to maintain the status quo as the Court considers the issues that the Motion for Preliminary Injunction (Doc. 4) presents, and to prevent the immediate and irreparable injury that may occur with the removal of Petitioner Andres Alonso Cervantes-Martinez.

The Court now finds that additional time is required to further these ends. As a result, it is:

**ORDERED** that the provisions of the Temporary Restraining Order (Doc. 14) are extended through 5:00 p.m. (central standard time) on November 21, 2025.

Issued on November 18, 2025 at 4:05 p.m. (central standard time).

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge