Case 1:25-cv-00236   Document 18   Filed 11/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANDRES ALONSO CERVANTES-MARTINEZ., <br><br> Petitioner, <br><br> VS. <br><br> WARDEN FOR THE PORT ISABEL DETENTION CENTER; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA JO BONDI, U.S. Attorney General, <br><br> Respondents. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:25-CV-236 |

# ORDER

Petitioner Andres Alonso Cervantes-Martinez filed a Motion to Strike and Replace Exhibit A (Doc. 17) because the referenced Exhibit A (Doc. 5–1) includes sensitive information. He submits an updated exhibit with the sensitive information redacted. (*See* Ex. A, Doc. 17–1) Cervantes's Motion is unopposed by Respondents. The Court finds that good cause exists for the requested relief. Accordingly, it is:

**ORDERED** that Petitioner Andres Alonso Cervantes-Martinez's Motion to Strike and Replace Exhibit A (Doc. 17) is **GRANTED**; and

**ORDERED** that Exhibit A (Doc. 5–1) is stricken from the record.

Issued on November 20, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge