UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANDRES ALONSO CERVANTES-MARTINEZ., | § § § |
| Petitioner, | § § |
| VS. | § § CIVIL ACTION NO. 1:25-CV-236 § |
| WARDEN FOR THE PORT ISABEL DETENTION CENTER; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA JO BONDI, U.S. Attorney General, | § § § § § § § § |
| Respondents. | § § |

## ORDER

Petitioner Andres Alonso Cervantes-Martinez filed a Notice of Dismissal and Motion to Vacate the Scheduled December 2, 2025 Status Conference (Doc. 21). On November 21, 2025, the Court denied Cervantes's Motion for Preliminary Injunction. (*See* Order, Doc. 19) Cervantes now seeks to dismiss his Petition under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under that Rule, a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Cervantes's Motion is unopposed by Respondents, and the Court finds that the requirements of Rule 41(a)(1)(A)(i) have been met. Accordingly, it is:

**ORDERED** that Petitioner Andres Alonso Cervantes-Martinez's Motion to Vacate the Scheduled December 2, 2025 Status Conference (Doc. 21) is **GRANTED**.

**ORDERED** that the December 2, 2025 status conference is cancelled.

The Clerk of Court is directed to close this matter.

Issued on December 2, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge